UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. THEUMLER, | No. 2:24-cv-2059 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TEHAMA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff has filed what the court construes to be a request for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's November 8, 2024, findings and recommendations are VACATED.

2. Plaintiff's request for an extension of time, ECF No. 12, is GRANTED.

3. Plaintiff is granted 30 days within which to file an amended complaint.

4. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

5. The Clerk of the Court is directed to provide plaintiff with a copy of the court's September 19, 2024, screening order, ECF No. 7.

Dated: January 31, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1thue2059.ext

1