UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. THUEMLER,<br><br>   Plaintiff,<br><br>   v.<br><br>TEHAMA COUNTY JAIL, et al.,<br><br>   Defendants. | No.  2:24-cv-2059 DC CKD P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's March 14, 2025, findings and recommendations are vacated.
2. Plaintiff's request for an extension of time is GRANTED.
3. Plaintiff is granted 30 days to file an amended complaint.  Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated:  April 8, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thue2059.ext